ORIGINAL w/o

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 7 2006
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL J. QUILLING, RECEIVER
FOR MEGAFUND CORPORATION
AND LANCORP FINANCIAL GROUP,
LLC,

    Plaintiff

vs.

KENNETH WAYNE HUMPHRIES,

    Defendant.

Civil Action No. 3:06-CV-0299-(BD)L

ECF
Referred to U.S. Magistrate Judge

## DEFENDANT'S MOTION
## FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSE TO THE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

TO THE HONORABLE JEFF KAPLAN, UNITED STATES MAGISTRATE JUDGE:

Comes the Defendant, Kenneth W. Humphries, pro se, and moves that he be granted an enlargement of time, to and including September 21, 2006, in which to file a response to the Plaintiff's motion for partial summary judgment.

A brief in support of this motion is tendered herewith.

Respectfully submitted, this 6th day of September, 2006.

_____
KENNETH W. HUMPHRIES
110 East Ninth Street
P.O. Box 74
Hopkinsville, Kentucky 42241
(270) 886-5649
Kentucky Bar Association # 34630

1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing was served upon the following by mailing a true copy of same to:

> Hon. Michael J. Quilling
> Hon. Brent Rodine
> Quilling Selander Cummiskey & Lownds, P.C.
> 2001 Bryan Street, Suite 1800
> Dallas, Texas  75201-4240

This 6th day of September, 2006.

*[signature]*
KENNETH W. HUMPHRIES